JEFFREY A. ROSENFELD (Bar No. 136896)
jeffrey.rosenfeld@dlapiper.com
RACHEL E. K. LOWE (Bar No. 246361)
rachel.lowe@dlapiper.com
MONICA D. SCOTT (Bar No. 268109)
monica.scott@dlapiper.com
SEAN R. CRAIN (Bar No. 291515)
sean.crain@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

Attorneys for Defendant
ZICO BEVERAGES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS BARRIOS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZICO BEVERAGES LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-01712-FMO (KSx)<br><br>**DECLARATION OF RACHEL E.K. LOWE IN SUPPORT OF DEFENDANT ZICO BEVERAGES LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STAY**<br><br><u>Hearing</u><br>Date:   July 3, 2017<br>Time:   10:00 a.m.<br>Dept.:  First Street Courthouse; Courtroom 6D<br><br>Complaint Filed: March 2, 2017<br>FAC Filed:  May 17, 2017 |

DLA Piper LLP (US)
Los Angeles

EAST\143080206.1

LOWE DECLARATION ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY

1  I, Rachel E.K. Lowe, declare as follows:

2  1. I am an attorney with the law firm of DLA Piper LLP (US), counsel of

3  record for Defendant ZICO BEVERAGES LLC ("Defendant" or "ZICO") in this

4  action. I am a member of good standing in the Bar of the State of California and I

5  am admitted to practice before this Court. I have personal knowledge of the

6  matters set forth in this declaration and, if called upon to do so, would testify

7  competently thereto.

8  2. Attached as Exhibit "D" to Defendant's Request for Judicial Notice

9  ("RFJN") are true and correct copies of printouts taken from websites regarding

10 various fruit juice drinks reflecting products listing "high fructose corn syrup,"

11 "sugar," "cane sugar" or "beet sugar" in their ingredient list. This material is

12 available at: https://www.pepsicobeveragefacts .com;

13 http://parents.caprisun.com/en/juice-drinks/original; https://www.hawaiian

14 punch.com/productinfo.php#;https://www.simplyorangejuice.com/product/peach?&

15 gclid=CL-lxYS9-tMCFYGUfgodkjoMea; and https://www.campbellsfood

16 service.com, and was last visited by my office on May 31, 2017 and May 23, 2017

17 (in the case of Ocean Spray Ruby Red Grapefruit Juice).

18 3. Attached as Exhibit "E" to Defendant's RFJN is a true and correct

19 copy of the FDA's Inspection Guide, Product Categories and Products. This

20 material is available at: https://www.fda.gov/iceci/inspections/inspectionguides

21 /ucm114704. htm, and was last visited by my office on May 31, 2017.

22 4. Attached as Exhibit "F" to Defendant's RFJN is a true and correct

23 copy of the FDA's Changes to Final Nutrition Facts Label: Questions and Answers.

24 This material is available at: https://www.fda.gov/Food/GuidanceRegulation/

25 Guidance DocumentsRegulatoryInformation/LabelingNutrition/ucm385663.htm,

26 and was last visited by my office on May 31, 2017.

27 5. Attached as Exhibit "G" to Defendant's RFJN is the FDA's November

28 13, 2015 warning letter to Harmless Harvest Thailand for its 100% Raw Coconut

Water related to HACCP violations. This material is available at: https://www.fda.gov/iceci/enforcementactions/warningletters/2015/ucm477349.htm, and was last visited by my office on May 31, 2017.

      6. Attached as Exhibit "H" to Defendant's RFJN is the FDA's May 4, 2015 warning letter to Vital Juice Company for its 100% juice blends, including its "vital coconut water," related to HACCP violations. This material is available at: https://www.fda.gov/ICECI/EnforcementActions/Warning Letters/2015/ ucm447277.htm, and was last visited by my office on May 31, 2017.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2017, in Los Angeles, California.

                              *[signature]*

                              RACHEL E.K. LOWE