BEVIN ALLEN PIKE (Bar No. 221936)
Bevin.Pike@capstonelawyers.com
ROBERT K. FRIEDL (Bar No. 134947)
Robert.Friedl@capstonelawyers.com
TRISHA K. MONESI (Bar No. 303512)
Trisha.Monesi@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 556-4811   Facsimile: (310) 943-0396

Attorneys for Plaintiff
CARLOS BARRIOS

JEFFREY A. ROSENFELD (Bar No. 136896)
jeffrey.rosenfeld@dlapiper.com
RACHEL E. K. LOWE (Bar No. 246361)
rachel.lowe@dlapiper.com
SEAN R. CRAIN (Bar No. 291515)
sean.crain@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3000   Facsimile: (310) 595-3300

Attorneys for Defendant
ZICO BEVERAGES LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS BARRIOS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZICO BEVERAGES LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-01712-FMO (KSx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  March 2, 2017 |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties

2    stipulate to a dismissal of this action with prejudice.  Each party will bear their own

3    attorneys' fees and costs.

4

5    Dated:  October 19, 2017          CAPSTONE LAW APC

6

7

8                                     By:  /s/ Bevin Pike
                                          BEVIN PIKE
9                                         ROBERT FRIEDL
                                          TRISHA MONESI
10
                                          Attorneys for Plaintiff
11                                        CARLOS BARRIOS

12

13

14   Dated:  October 19, 2017          DLA PIPER LLP (US)

15

16                                     By:  /s/ Rachel E. K. Lowe
                                          JEFFREY A. ROSENFELD
17                                        RACHEL E.K. LOWE
                                          SEAN R. CRAIN
18                                        Attorneys for Defendant
                                          ZICO BEVERAGES LLC
19

20

21

22

23

24

25

26

27

28

1
STIPULATION OF DISMISSAL WITH PREJUDICE

1  **Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

2      I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have

3  obtained the authorization from the above signatories to file the above-referenced

4  document, and that the above signatories concur in the filing's content.

5      I certify under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.  Executed on October 19, 2017.

7

8

9

10                      By: /s/ Trisha Monesi

11                          Trisha Monesi

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28