**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS BARRIOS, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>      v.<br><br>ZICO BEVERAGES LLC,<br><br>                Defendant. | Case No. 17-1712 CV FMO (KSx)<br><br>**ORDER Re:  STIPULATION OF DISMISSAL** |

      The court has received and reviewed the parties' Stipulated of Dismissal with Prejudice ("Stipulation"), in which they "stipulate to a dismissal of this action with prejudice."  (See Dkt. 37, Stipulation) (emphasis omitted).

      "The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval." Fed. R. Civ. P. 23(e).  When a class has not been certified, courts "may consider whether to require . . . giving appropriate notice to some or all class members," and should consider "whether the proposed settlement and dismissal are tainted by collusion or will prejudice absent putative members with a reasonable reliance expectation of the maintenance of their action for the protection of their interests." Lewis v. Vision Value LLC, 2012 WL 2930867, *3 (E.D. Cal. 2012) (citing Diaz v. Trust Territory of Pac. Islands, 876 F.3d 1401, 1407, n. 3 (9th Cir. 1989).

At this time, because the putative class has not been certified, the parties need not obtain court approval before dismissing the class allegations. However, the court requires the information described in the preceding paragraph so that it may determine whether notice to absent putative class members is required. Moreover, uncertified class claims may not be dismissed with prejudice as the Stipulation indicates.

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **October 30, 2017,** the parties shall file an <u>Amended</u> Stipulation of Dismissal that addresses the plaintiff's individual claims as well as those of the putative class. The Stipulation of Dismissal shall also address whether the court should provide notice to putative class members prior to dismissal of the action (<u>i.e.</u>, whether there is potential prejudice to the class or evidence of collusion).

2. All pending deadlines in this matter are hereby vacated.

Dated this 23rd day of October, 2017.

                                                  /s/
                                     Fernando M. Olguin
                                   United States District Judge