1

2  BEVIN ALLEN PIKE (Bar No. 221936)
   Bevin.Pike@capstonelawyers.com
3  ROBERT K. FRIEDL (Bar No. 134947)
   Robert.Friedl@capstonelawyers.com
4  TRISHA K. MONESI (Bar No. 303512)
   Trisha.Monesi@capstonelawyers.com
5  **CAPSTONE LAW APC**
   1875 Century Park East, Suite 1000
6  Los Angeles, CA 90067
   Telephone: (310) 556-4811   Facsimile: (310) 943-0396

7
   Attorneys for Plaintiff
8  CARLOS BARRIOS

9  JEFFREY A. ROSENFELD (Bar No. 136896)
   jeffrey.rosenfeld@dlapiper.com
10 RACHEL E. K. LOWE (Bar No. 246361)
   rachel.lowe@dlapiper.com
11 SEAN R. CRAIN (Bar No. 291515)
   sean.crain@dlapiper.com
12 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
13 Suite 400, North Tower
   Los Angeles, CA 90067
14 Telephone: (310) 595-3000   Facsimile: (310) 595-3300

15 Attorneys for Defendant
   ZICO BEVERAGES LLC
16

17

18              **UNITED STATES DISTRICT COURT**

19      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

20

| | |
|---|---|
| CARLOS BARRIOS, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>ZICO BEVERAGES LLC, a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 2:17-cv-01712-FMO (KSx)<br><br>**AMENDED STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>*[Filed concurrently with Declaration of Rachel Lowe; [Proposed] Order]*<br><br>Complaint Filed:  March 2, 2017<br>FAC Filed:      May 17, 2017 |

28

---

**AMENDED STIPULATION OF DISMISSAL**
EAST\147775319.2

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties

2  stipulate to a dismissal of this action.  The parties agree:

3
          1.  Plaintiff Carlos Barrios's individual claims shall be dismissed with

4             prejudice.

5
          2.  The putative class claims shall be dismissed without prejudice.

6
          3.  Each party shall bear his or its own attorneys' fees and costs.

7

8      The parties further agree that notice to the putative class members is not

9  required.  *See Lewis v. Vision Value, LLC*,  No. 1:11-CV-01055-LJO, 2012 WL

10  2930867, at *3  (E.D. Cal., July 18, 2012) (citations) ("the Court is not obligated to

11  make this evaluation, it does so in an abundance of caution.")  Applying the factors

12  set forth in the Court's Order (Dkt. No. 38), (1) this dismissal is not the product of

13  collusion; and (2) the proposed dismissal will not prejudice absent putative class

14  members "with a reasonable reliance expectation of the maintenance of the action

15  for the protection of their interests."

16      First, there has been no collusion.  Defendant did not pay any sums to Mr.

17  Barrios or his counsel in exchange for this dismissal.  (Declaration of Rachel E. K.

18  Lowe, filed concurrently herewith, ¶ 2.)  Rather, due to personal reasons, Plaintiff

19  determined he is no longer able to devote the time necessary to vigorously

20  prosecute the claims on behalf of the class, including appearing for deposition.

21  (*See id.*, ¶ 3.)  Moreover, Plaintiff's counsel is representing a putative class of

22  California residents challenging Defendant's "No Sugar Added" labeling claim in

23  Los Angeles Superior Court.  *See Reza v. ZICO Beverages, LLC,* Case No.

24  BC647064.  (*Id.*, ¶ 4.)

25      As to the second inquiry, there is no potential prejudicial reliance.  "The

26  danger of reliance is . . . generally limited to actions that would be considered of

27  sufficient public interest to warrant news coverage of either the public or trade-

28  oriented variety, and such reliance can occur only on the part of those persons

-1-

**AMENDED STIPULATION OF DISMISSAL**
EAST\147775319.2

1    learning of the action who are sophisticated enough in the ways of the law to

2    understand the significance of the class action allegation."  *Lewis*,  2012 WL

3    2930867, at *3 (citations omitted).  This action has not been the subject of such

4    extensive media coverage.  (*See id.*, ¶ 5.)

5          "The Court also may 'inquire into possible prejudice from ... lack of

6    adequate time for class members to file other actions, because of a rapidly

7    approaching statute of limitations'."  *See Lewis*, 2012 WL 2930867, at *3 (citations

8    omitted); *Schwarm v. Craighead*, 2011 U.S. Dist. LEXIS 35472 (E.D. Cal. 2011)

9    (courts will typically excuse the notice requirement when doing so will not

10   prejudice the class).  Here, there is no rapidly approaching statute of limitations that

11   would potentially bar putative class members' potential consumer claims asserted

12   under California law.

13         For these reasons, the parties respectfully request that the Court enter the

14   Proposed Order submitted herewith.

15

16   Dated:  October 26, 2017          CAPSTONE LAW APC

17

18                                     By  /s/ Bevin Pike

19                                         BEVIN PIKE
                                           ROBERT FRIEDL
20                                         TRISHA MONESI
                                           Attorneys for Plaintiff
21                                         CARLOS BARRIOS

22

23

24

25

26

27

28

DLA Piper LLP (US)
Los Angeles

-2-

**AMENDED STIPULATION OF DISMISSAL**
EAST\147775319.2

1    Dated:  October 26, 2017             DLA PIPER LLP (US)

2

3                                         By: /s/ Rachel E. K. Lowe

4                                            JEFFREY A. ROSENFELD
                                             RACHEL E. K. LOWE
5                                            SEAN R. CRAIN
                                             Attorneys for Defendant
6                                            ZICO BEVERAGES LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**AMENDED STIPULATION OF DISMISSAL**
EAST\147775319.2

1

## Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)

2     I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have

3  obtained the authorization from the above signatories to file the above-referenced

4  document, and that the above signatories concur in the filing's content.

5     I certify under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.  Executed on October 26, 2017.

7

8

9

10                    By: /s/ Rachel E. K. Lowe

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
Los Angeles

-4-

**AMENDED STIPULATION OF DISMISSAL**
EAST\147775319.2