1 | JEFFREY A. ROSENFELD (Bar No. 136896)
jeffrey.rosenfeld@dlapiper.com
2 | RACHEL E. K. LOWE (Bar No. 246361)
rachel.lowe@dlapiper.com
3 | SEAN R. CRAIN (Bar No. 291515)
sean.crain@dlapiper.com
4 | **DLA PIPER LLP (US)**
2000 Avenue of the Stars
5 | Suite 400, North Tower
Los Angeles, CA 90067
6 | Telephone: (310) 595-3000
Facsimile: (310) 595-3300
7 |
8 | Attorneys for Defendant
ZICO BEVERAGES LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS BARRIOS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZICO BEVERAGES LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-01712-FMO (KSx)<br><br>**DECLARATION OF RACHEL E.K. LOWE IN SUPPORT OF AMENDED STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Complaint Filed: March 2, 2017<br>FAC Filed:        May 17, 2017 |

DLA PIPER LLP (US)
LOS ANGELES

DECLARATION OF RACHEL E.K. LOWE IN SUPPORT OF AMENDED STIPULATION OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

I, Rachel E. K. Lowe, declare as follows:

1. I am an attorney with the law firm of DLA Piper LLP (US), counsel of record for Defendant ZICO BEVERAGES LLC ("Defendant") in this action. I am a member of good standing in the Bar of the State of California and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, would testify competently thereto.

2. On or about July 26, 2007, Defendant noticed the deposition of Plaintiff Carlos Barrios ("Plaintiff"). Thereafter, Plaintiff's counsel, Bevin Allen Pike of Capstone Law APC, informed me that Plaintiff was unwilling to appear for deposition and no longer wished to pursue his case. The parties subsequently conferred and agreed to file a stipulation of dismissal of this action.

3. Defendant has not paid any sums to Plaintiff or his counsel in exchange for dismissal of this action.

4. Plaintiff's counsel is presently representing a putative class of California residents challenging Defendant's "No Sugar Added" labeling claim in Los Angeles Superior Court, entitled *Jason Reza v. Zico Beverages LLC*, Los Angeles Superior Court ("LASC") Case No. BC 647064, filed on January 17, 2017. That case is currently stayed pending this action.

5. I performed an internet search for media coverage of this lawsuit. Based on my research, the above-captioned action has not been the subject of extensive media coverage.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2017, in Los Angeles, California.

/s/ Rachel E. Lowe
RACHEL E.K. LOWE

DLA Piper LLP (US)
Los Angeles

-1-

DECLARATION OF RACHEL E.K. LOWE IN SUPPORT OF AMENDED STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

EAST\147896770.1