# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS BARRIOS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZICO BEVERAGES LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-01712-FMO (KSx)<br><br>**ORDER GRANTING AMENDED STIPULATION [39] OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br><br>Complaint Filed: March 2, 2017 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this action is DISMISSED, in its entirety. Plaintiff Carlos Barrios's individual claims are dismissed with prejudice. The putative class claims are dismissed without prejudice. Each party is to bear his or its own fees and costs.

Having considered the parties' submissions and good cause appearing therefor, the Court determines that (1) this dismissal is not the product of collusion; and (2) the proposed dismissal will not prejudice absent putative class members "with a reasonable reliance expectation of the maintenance of the action for the protection of their interests." Therefore, notice to the putative class members is not required.

**IT IS SO ORDERED.**

Dated: October 27, 2017           By: _____/s/_____
                                          Hon. Fernando Olguin